

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00275-CV

BRENT MCLEAN,

Appellant

v.

CYNTHIA D. TILLEY, ET AL,

Appellee

**From the County Court
Freestone County, Texas
Trial Court No. CV5543**

## MEMORANDUM OPINION

Appellant Brent McLean is appealing the trial court's dismissal of his suit as frivolous. Appellant sought compensation for damage to his typewriter. Appellant's pleadings noted that the value of the typewriter was $225. This Court has no jurisdiction over an appeal in which the amount in controversy does not exceed $250. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.012 (West 2015).

We notified Appellant that his appeal might be dismissed for want of jurisdiction unless he filed a response within ten days showing grounds for continuing the appeal.

Appellant has not responded.  This appeal is therefore dismissed for want of jurisdiction.

*See* TEX. R. APP. P. 42.3.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed February 28, 2018
[CV06]

